USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Plaintiffs, <br><br> -against- <br><br> JOHN KNOPF FLOORING, INC. and AJ DEMOLITION LLC, <br><br> Defendant. | 1:24-cv-04349-MKV <br> **ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Status Conference scheduled for November 7, 2024 is **HEREBY ADJOURNED** sin die. The parties are **HEREBY ORDERED** to submit a further joint status letter by December 4, 2024. The post-discovery conference will proceed as scheduled on January 7, 2025.

**SO ORDERED.**

Date: **November 4, 2024**
     **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judg**

1