

40 Broad Street, 7th Floor<br>
New York, New York 10004<br>
Telephone: (212) 943-9080<br>
Facsimile:  (212) 943-9082<br>
<br>
**Maura Moosnick**<br>
Partner<br>
mmoosnick@vandallp.com

January 13, 2025

<u>VIA ECF</u>

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        RE:    Request for Rescheduling of Post-Discovery Conference
                  *Trs. of the N.Y.C. District Council of Carpenters, et al. v. John Knopf*
                  <u>*Flooring, Inc. and AJ Demolition LLC*</u>, **Case No. 24 CV 4349 (MKV)**

Dear Judge Vyskocil,

      This firm represents the Plaintiffs (the "Funds") in the above-referenced case. We write with the consent of Defendants to request that the court reschedule the post-discovery conference currently scheduled for February 11, 2025 at 11:00am.  The undersigned is unavailable due to a personal conflict on February 11, 2025.  I have conferred with counsel for the Defendant and the parties are available for a post-discovery conference on February 10, February 12, or February 13, 2025, as the Court's schedule permits.

      We thank the Court for its time and attention to this matter.

                                                Respectfully submitted,

                                                */s/Maura Moosnick*
                                                Maura Moosnick, Esq.

      Cc: Richard Ziskin, Esq. *(via ECF)*

---

The parties' request to adjourn the post-discovery conference is HEREBY GRANTED. The post-discovery conference will be held on February 25, 2025 at 11 AM. The parties are reminded to file a joint letter one week prior to the conference in accordance with the Case Management Plan and this Court's individual rules of practice. [ECF No. 13].

**The parties are reminded that failure to comply with this Order or with any order of the Court or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or their discovery or other obligations may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**
**SO ORDERED.**

Date: 1/21/2025
New York, New York

                                                Mary Kay Vyskocil
                                                United States District Judge